PROB 12B
ED/AR (12/2012)

# United States District Court

## for the

### Eastern District of Arkansas



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY **2 6** 2026

TAMMY H. DOWNS, CLERK

By:_____
DEP CLERK

## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Offender
### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:   Jeremy Lawrence Clingmon        Case Number:   4:15CR00091-DPM-001

Name of Sentencing Judicial Officer:   Honorable D. P. Marshall Jr.
United States District Judge

Original Offense:   Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Date of Sentence:   August 18, 2015

Original Sentence:   84 months Bureau of Prisons followed by 3 years supervised release

Type of
Supervision:   Supervised Release

Date Supervision Commenced:   March 9, 2021
Date Supervision Expires:   June 3, 2028

U. S. Probation
Officer:  Bryce D. Geiggar

Asst. U.S.
Attorney:   Stephanie Mazzanti

Defense
Attorney:   To be appointed

---

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒   To modify the conditions of supervision as follows:

**Add:**

You must participate in a mental health treatment program under the guidance and supervision of the probation office. You must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

### CAUSE

Mr. Clingmon requests mental health counseling to assist him with coping with symptoms of depression and anxiety he reports experiencing recently. Additionally, his mental health may be a barrier to receiving effective correctional treatment and hamper his ability to respond appropriately to supervision requirements.

On May 14, Mr. Clingmon submitted a urine specimen which tested and confirmed positive for the use of marijuana. Furthermore, on May 14, 2026, Mr. Clingmon verbally admitted that he used marijuana and synthetic marijuana (K2); however, he did not provide the date of his last use.

On May 20, 2026, Federal Public Defender Lisa Peters advised Mr. Clingmon of his rights regarding the wavier of hearing. Mr. Clingmon signed the attached Probation Form 49, agreeing to the modification.

Prob 12B  — 2 —  Request for Modifying the
Conditions or Term of Supervision
With Consent of the Offender

Name of Offender:  Jeremy Lawrence Clingmon        Case Number:  4:15CR00091-DPM-001

_____ On behalf of
Jordan J. Riggs
U.S. Probation Officer

Date:  May 20, 2026

Approved by:

_____
Bryce D. Geiggar
Supervising U.S. Probation Officer

_____
Stephanie Mazzanti
Assistant U.S. Attorney

Date:  5-22-26

THE COURT ORDERS:

☐  No Action
☐  The Extension of Supervision as Noted Above
☒  The Modification of Conditions as Noted Above
☐  Other

_____
Honorable D. P. Marshall Jr.
United States District Judge

_____26 May 2026_____
Date

c:   Assistant U.S. Attorney Stephanie Mazzanti

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Add:**

You must participate in a mental health treatment program under the guidance and supervision of the probation office. You must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

Witness _____          Signed _____
             (U.S. Probation Officer)                        (Probationer or Supervised Releasee)

                              May 19, 2026
                              _____
                                   (Date)

Lisa G. Peters

May 20, 2026